**No. 45436.**—Protests 888732–G, etc., of Chong Lung et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) and *Ueland* v. *United States* (T. D. 46923) certain of the merchandise was held free of duty as crude drugs under paragraph 1669. Drugs, sliced, were held dutiable at 10 percent under paragraph 34.

**No. 45437.**—Protests 12232–K, etc., of Acierno Bros., Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.